**Louis RUFFINO, Appellant, v. E. J. LLOYD, Warden of the Federal Correctional Institution, Terminal Island, California, Appellee.**

No. 9617.

Circuit Court of Appeals, Ninth Circuit.

Oct. 5, 1940.

Raine Ewell, of San Francisco, Cal., for appellant.

Wm. Fleet Palmer, U. S. Atty., and Russell K. Lambeau, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

This cause coming on regularly for hearing on notice of default for failure of appellant to file brief within time as required by rule, and good cause therefor appearing, ordered appeal dismissed, that a judgment be filed and entered accordingly, and mandate issued forthwith.

**Alfredo Sabato CERALDI, Appellant, v. W. L. WILLS and Leon Gamaunt, Appellees.**

No. 9660.

Circuit Court of Appeals, Ninth Circuit.

Oct. 14, 1940.

Monta W. Shirley, of Los Angeles, Cal., for appellant.

A. D. Mitchell, of Ontario, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

**SCHILDKRAUT FUR CO., Inc., Appellant, v. William H. BELL, Trustee, Appellee.**

No. 34.

Circuit Court of Appeals, Second Circuit.

Oct. 28, 1940.

H. Stuart Klopper, of New York City, for appellant.

A. Howard Aaron, of Buffalo, N. Y., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

**SOUTHWESTERN DISTILLED PRODUCTS, Inc., Appellant, v. UNITED STATES of America.**

No. 11856.

Circuit Court of Appeals, Eighth Circuit.

Sept. 18, 1940.

Henry E. Humphreys, of Memphis, Tenn., Robert Young, Jr., of Fort Smith, Ark., and Owens, Ehrman & McHaney, of Little Rock, Ark. for appellant.

Sam Rorex, U. S. Atty., and Leon B. Catlett, Asst. U. S. Atty., both of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellee.